IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SAMUEL CURRY, JR.,
    Petitioner,

vs.

UNITED STATES OF AMERICA,
    Respondent.

CIVIL. ACT. NO.: 17-427-WS-N
CRIMINAL. NO. 15-0137-WS-N

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendations (Doc. 90)[1] of the Magistrate Judge (made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated 8/24/2018) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Movant Samuel Curry, Jr.'s Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 85) is **DENIED.** It is further **ORDERED** that Curry is not entitled to a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Curry is not entitled to proceed *in forma pauperis*.

Additionally, it is **ORDERED** that Petitioner's Motion for Summary Judgment (Doc. 89), brought pursuant to Rule 56 of the *Federal Rules of Civil Procedure* be **DENIED** and the claims presented by the Petitioner are **DISMISSED** with prejudice.

Final judgment in accordance with this order shall issue separately under Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 24th day of September, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.